$ 02.32⁰

MAILED FROM ZIP CODE

NAL
E D

2013

WIEKING
CT COURT.
F CALIFORNIA

KAW

3469

PLAINT

08/14/13

ER
KNOWN
ARD
ER

KAW

FILED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
2013 AUG 19 P 12 02

EURO STRATEGIES. INC.. RICHCOURT TOP
STARS I FUND LTD. SOUNDVIEW

28

VERIFIED COMPLAINT - CASE NO.

1