United States District Court
Northern District of California

LEVERAGED HAWK (C/O GERTI MUHO D/B/A GERTI MUHO CAPITAL MANAGEMENT),

    Plaintiff,

v.

GLOBAL HAWK, LTD., et al.,

    Defendants.

Case No.: CV 13-03469-KAW

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE

On July 25, 2013, Plaintiff Leveraged Hawk, Inc., a corporation, filed a complaint alleging the existence of a ponzi scheme in violation of federal law. The complaint was filed on Plaintiff's behalf by investment advisor Gerti Muho, who filed the complaint *pro se*. Plaintiff has also filed an application to proceed *in forma pauperis* ("IFP") using Muho's personal financial information.

On August 9, 2013, the Court denied Plaintiff's IFP application, because only natural persons may proceed *in forma pauperis*. (Dkt. No. 4.) The Court also dismissed Plaintiff's complaint without prejudice, as artificial entities may only appear in the federal courts through licensed counsel. Plaintiff was given thirty (30) days to amend the complaint, and was required to do so through counsel licensed to practice in the U.S. District Court for the Northern District of California. Plaintiff was informed that the failure to timely file a first amended complaint may result in the dismissal of this action.

On September 6, 2013, Plaintiff paid the filing fee, but did not file an amended complaint. The last day to file pursuant to the Court's order was September 9, 2013.

IT IS HEREBY ORDERED that by no later than Monday, October 21, 2013, Plaintiff shall file a first amended complaint and show cause why this matter should not be dismissed for failure to comply with the September 9, 2013 deadline. These documents, and all future

1 documents filed with the court by Plaintiff, must be filed by an attorney licensed to practice law
2 in the Northern District of California.

4 Dated: October 7, 2013

KANDIS A. WESTMORE
United States Magistrate Judge