IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVERAGED HAWK, INC., D/B/A GERTI MUHO CAPITAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL HAWK, LTD., et al.,<br><br>Defendants.<br>_____ / | No. C 13-3469 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING CASE WITHOUT PREJUDICE** |

Before the Court is Magistrate Judge Kandis A. Westmore's Report and Recommendation, filed October 25, 2013, by which Magistrate Judge Westmore recommends the Court dismiss the above-titled action without prejudice for failure to prosecute. No objections to the Report and Recommendation have been filed.

Having reviewed the matter de novo, the Court, for the reasons expressed in the Report and Recommendation, hereby ADOPTS the Recommendation in its entirety.

The Court further finds plaintiff's complaint is subject to dismissal without prejudice for the additional reason that plaintiff has failed to indicate a current address "within 60 days of . . . a written communication" by the Court having been "returned to the Court as not deliverable." See Civil L.R. 3-11(b).

//

Accordingly, the above-titled action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: November 26, 2013

MAXINE M. CHESNEY
United States District Judge